DISSENTING OPINION BY
JUDGE BROBSON
The majority offers a cogent analysis of the merits of the dispute that the Recorders of Deeds (Recorders) frame in their coordinated complaints. Preliminary objections dismissing an action outright, however, should only be sustained “where it is clear and free from doubt that the pleader has not pleaded facts sufficient to establish his right to relief.” P.J.S. v. Pa. State Ethics Comm’n, 669 A.2d 1105, 1108 (Pa. Cmwlth. 1996). Any doubt must be resolved in favor of overruling the preliminary objections. Id.
Although I may ultimately adopt the majority’s view on the merits, a whiff of doubt remains. I, therefore, would prefer to see this matter mature past the pleadings stage before rendering a final judgment on either the proper construction of Section 1 of the Act of May 12, 1925, P.L. 613, as amended, 21 P.S. § 351, or the authority of the Recorders to maintain their declaratory judgment actions. This may as well have been the preference of the Court of Common Pleas of Delaware County and the rationale for its February 12, 2016 Order, overruling the preliminary objections. I would, therefore, affirm.
Judges McCullough and Covey join in this dissent.